EAG:MKM
F. #2014R00758

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SALVATORE GOVERNALI,

          Defendant.

- - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 14-562 (BMC)
(T. 18, U.S.C., §§ 2 and 3551 et seq.; T. 21,
 U.S.C., §§ 841(a)(1), 841(b)(1)(E)(i), 853(a)
 and 853(p))

THE UNITED STATES ATTORNEY CHARGES:

STEROID DISTRIBUTION

1.      In or about and between September 2013 and July 2014, both dates being approximate and inclusive, within the District of New Jersey, the defendant SALVATORE GOVERNALI, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing anabolic steroids, a Schedule III controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i); Title 18 United States Code, Sections 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.      The United States hereby gives notice to the defendant SALVATORE GOVERNALI that, upon his conviction of the charge in this Information, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, any

2

proceeds the person obtained, directly or indirectly, as the result of such offense, and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, such offense.

3.      If any of the above-described forfeitable property, as a result of any act

or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2014R00748

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*SALVATORE GOVERNALI,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 2 and 3551 et seq.; T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(E)(i), 853(a) and 853(p))

*A true bill.*

_____
                                                                                      *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                               *Clerk*

*Bail, $* _____

_____

*M. Kristin Mace, Assistant U.S. Attorney (718) 254-6879*